# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

| | | |
|---|---|---|
| LEE MOMIENT | ) | |
|    Plaintiff | ) | |
| -v- | ) | |
| | ) | 1:12-cv-00615 |
| CBE GROUP, INC | ) | |
| Defendant | ) | |

## PLAINTIFFS MOTION FOR VOLUNTARY DISMISAL PURSUANT TO FRCP 41

Now Comes the Plaintiff, Lee Momient and he moves this court to dismiss the case pursuant to FRCP 41(a)(1)(A)(i) and in support of which he states as follows:

1. There have been no answers or responsive pleadings filed by the defendant.

2. Voluntary dismissal is proper under the rule FRCP 41(a)(1)(A)(i).

Wherefore the Plaintiff, Lee Momient, prays this court enter and order dismissing the instant case.

Respectfully Submitted,

/s/ LEE MOMIENT

P.O. BOX 608082

CHICAGO, IL 60660

773-712-3989